·Cynthia O'CONNER,[1] Petitioner
Below–Appellant,

v.

Darryl J. ROBINSON, Respondent
Below–Appellee.

No. 42, 2015

Supreme Court of Delaware.

Submitted: August 28, 2015

Decided: October 27, 2015

As Amended October 29, 2015

Reargument Denied December 15, 2015

Court Below—Family Court of the State of Delaware, in and for New Castle County, File No. CN09–04138 Petition Nos. 14–29245 and 14–28432

AFFIRMED.